B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jakovljevic, Viktor | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-3341 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1400 Park Avenue<br>River Forest, IL<br>ZIP Code 60305 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jakovljevic, Viktor |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jakovljevic, Viktor |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Viktor Jakovljevic
Signature of Debtor  Viktor Jakovljevic

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

August  6, 2012
Date

### Signature of Attorney*

X   /s/ Joseph E. Cohen
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300  Fax: 312.368.4559
Telephone Number

August  6, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Viktor Jakovljevic               Case No.                

Debtor(s)       Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                      Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Viktor Jakovljevic
                          Viktor Jakovljevic

Date:     August  6, 2012

B6D (Official Form 6D) (12/07)

In re   Viktor Jakovljevic                               ,       Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W JC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. -4377 | | | 2007 | | | | | |
| Ally Financial PO Box 380901 Bloomington, MN | | H | Purchase Money Security<br><br>2007 Chevy Van - 64,000 miles | | | | | |
| | | | Value $         13,000.00 | | | | 43,920.00 | 30,920.00 |
| Account No. 2062 | | | First Mortgage | | | | | |
| Chase P.O. Box 9001871 Louisville, KY 40290-1871 | | J | 1st Mortgage on 261 Collanade Circle, Naples, FL - House in spouses name | | | | | |
| | | | Value $            0.00 | | | | 311,538.13 | 311,538.13 |
| Account No. 4001 | | | Second Mortgage | | | | | |
| Integra Bank PO Box 3787 Evansville, IN 47732 | | J | 2nd Mortgage on 261 Collanade Circle, Naples, FL - House in spouses name | | | | | |
| | | | Value $            0.00 | | | | 303,569.03 | 303,569.03 |
| Account No. 6780 | | | First Mortgage | | | | | |
| Northbrook Bank & Trust 1100 Waukegan Rd. Northbrook, IL 60062 | | J | 1st Mortgage on 1400 Park Avenue, River Forest, IL - House in spouses name | | | | | |
| | | | Value $            0.00 | | | | 946,017.00 | 946,017.00 |
|   1   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,605,044.16 | 1,592,044.16 |

B6D (Official Form 6D) (12/07) - Cont.

In re      Viktor Jakovljevic                                                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Third Mortgage | | | | | |
| Parkway Bank 4800 N. Harlem Ave. Harwood Heights, IL 60706 | J | | 3rd Mortgage on 261 Collanade Circle, Naples, FL - House in spouses name | | | | | |
| | | | Value $        0.00 | | | | 457,997.35 | 457,997.35 |
| Account No. | | | Second Mortgage | | | | | |
| Wheaton Bank 211 S. Wheaton Ave. Wheaton, IL 60187 | - | | 2nd Mortgage on 1400 Park Avenue, River Forest, IL - House in spouses name | | | | | |
| | | | Value $        0.00 | | | | 40,479.89 | 40,479.89 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _1__ of _1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 498,477.24 | 498,477.24 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,103,521.40 | 2,090,521.40 |

B6E (Official Form 6E) (4/10)

In re    Viktor Jakovljevic                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Viktor Jakovljevic                                                                          , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3341<br><br>Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | - | | Tax Debt | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | 0.00 | |

B6F (Official Form 6F) (12/07)

In re    Viktor Jakovljevic                                     ,       Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has no creditors holding unsecured claims to report on this Schedule F.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>1855-59 W Diversey Condo Associatio<br>1855 W. Diversey Pkwy<br>Chicago, IL | - | | 2010-2011<br>Assessments | | | | 1,450.60 |
| Account No.<br><br>1901-05 Diversey Condo Association<br>1903 W. Diversey<br>Unit 502<br>Chicago, IL 60614 | | | Assessments | | | | 5,315.70 |
| Account No.<br><br>1st in Plumbing<br>3050 N. Rockwell St.<br>Chicago, IL 60618 | - | | Contractor | | | | 1,150.00 |
| Account No.<br><br>2451 -57 W. Harrison Condo Associat<br>2451 W. Harrison<br>Unit 4<br>Chicago, IL | - | | 2010-2012<br>Assessments | | | | 2,725.79 |

  _26_  continuation sheets attached

| | Subtotal<br>(Total of this page) | 10,642.09 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re     Viktor Jakovljevic                                    ,     Case No. _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Assessments | | | | |
| 2602 W. Diversey Condo Assoc. 750 Lake Cook Rd. Suite 350 Buffalo Grove, IL 60089 | - | | | | | | 22,907.37 |
| Account No. | | | Condo assessments | | | | |
| 2608 W. Diversey Condo Assoc. P. O. Box 6410 Chicago, IL 60680 | - | | | | | | Unknown |
| Account No. | | | Condo assessments | | | | |
| 2618 W. Diversey Condo Assoc. 2618 W. Diversey Unit 202 Chicago, IL 60647 | - | | | | | | 7,840.00 |
| Account No. | | | 2010-2012 Flooring Installer Various Projects | | | | |
| ABC Flooring 9228 Knight Avenue Des Plaines, IL 60016 | - | | | | | | 5,580.00 |
| Account No. | | | 2007-2008 Medical | | | | |
| Accountants Receivable MG 400 S. 1st Street, Suite 108B Lufkin, TX 75901 | - | | | | | | 502.00 |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
           (Total of this page)     36,829.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Tile Contractor | | | | |
| All Tile 1201 Chase Avenue Elk Grove Village, IL 60007 | | | | | | | | 31,785.99 |
| Account No. -9710 | | - | | 2009-2010 Business Credit Card | | | | |
| American Express PO Box 981535 El Paso, TX 79998 | | | | | | | | 53,023.00 |
| Account No. | | - | | 2011-2012 Attorney Fees | | | | |
| Anderson and Moore, P.C. 111 W. Washington St Chicago, IL 60602 | | | | | | | | 7,466.06 |
| Account No. -4578 | | - | | Credit Card and Personal | | | | |
| Asset Acceptance LLC 28405 Van Dyke Avenue Warren, MI 48093 | | | | | | | | 26,475.00 |
| Account No. | | - | | Debt to corporation | | | | |
| Aved Group 1945 N. Cornell Melrose Park, IL 60160 | | | | | | | | 9,909.95 |

Sheet no. _2_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            128,660.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Balance Networks, Inc. <br> 1021 W. Adams, Suite 104 <br> Chicago, IL 60607 | - | | Voltage Installer Project | | | | 31.25 |
| Account No. 8599 <br><br> Bank of America <br> P. O. Box 5170 <br> Simi Valley, CA 93062-5170 | - | | 2010-closed <br> Short Sale/Home Loan <br> Acct Settled | | | | 247,359.96 |
| Account No. <br><br> Barrier Corp-AP Aging-Wabash <br> 7831 N. Nagle Avenue <br> Morton Grove, IL 60053 | - | | Business Debt | | | | 5,000.00 |
| Account No. <br><br> Bauch & Michaels, LLC. <br> 53 W. Jackson Blvd <br> Suite 1115 <br> Chicago, IL 60604 | - | | 2011-2012 <br> Attorney Fees | | | | 18,010.00 |
| Account No. 5600 <br><br> Bridgeview Bank <br> 7490 S. Harlem <br> Bridgview, IL | - | | 2010-2011 <br> Line of Credit <br> Secured by 837 Western <br> Foreclosed | | | | 137,266.82 |

| | | |
|---|---|---|
| Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 407,668.03 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Case # 11 L 1262 | | | | |
| Bridgeview Bank Group 7940 S. Harlem Bridgview, IL | - | | | | | | | 119,709.07 |
| Account No. | | | | Settlement | | | | |
| Bruce Fogelson Paramount Homes, 2731 N Lincoln Ave Chicago, IL | | J | | | | | | 50,000.00 |
| Account No. | | | | Cabinet Contractor | | | | |
| Builder's Cabinet 461 N. Western Ave 3rd Floor Chicago, IL 60612 | - | | | | | | | 24,451.94 |
| Account No. | | | | Credit Card | | | | |
| Capital One PO Box 32085 Salt Lake City, UT 84130 | - | | | | | | | 281.00 |
| Account No. | | | | Business Debt | | | | |
| Chicago Backflow Inc. 12607 South Laramie Avenue Alsip, IL 60803 | - | | | | | | | 1,050.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        195,492.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                         ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Chicago Builder's Supply <br> 1651 N. Elston <br> Chicago, IL 60622 | | - | Contractor | | | | 1,050.00 |
| Account No. 2859 <br><br> CitiBusiness/ Aadvantage Card <br> P.O. Box 6235 <br> Sioux Falls, SD 57117 | | - | Present <br> Personal Credit Card | | | | 1,355.65 |
| Account No. <br><br> City of Chicago <br> Dept. of Streets & Sanitation <br> 121 N. LaSalle, Room 700 <br> Chicago, IL 60602 | | - | 2011 <br> Municipal Code Violations | | | | Unknown |
| Account No. <br><br> CJ Construction <br> 14401 S. Woodland Avenue <br> Orland Park, IL 60462 | | - | Construction | | | | 9,545.00 |
| Account No. <br><br> Coliseum Park Condominium Owners <br> 2211 N. Elston <br> Suite 301 <br> Chicago, IL 60614 | | - | Condo fees | | | | 9,337.61 |

Sheet no. __5__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,288.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4002<br><br>Colson Services<br>101 Barclay St. #8 East<br>New York, NY | | - | | Small Business Loan | | | | 1,427,258.73 |
| Account No. 9029<br><br>ComEd<br>440 S. La Salle Street<br>Chicago, IL 60605 | | - | | Settled Wabash | | | | 6,391.10 |
| Account No.<br><br>Comfortable Air Corp.<br>3419 W. Irving Park<br>Chicago, IL 60618 | | - | | Sub Contractor | | | | 825.00 |
| Account No. 8326<br><br>Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | | - | | Personal Credit Card-Current | | | | 281.24 |
| Account No.<br><br>Darpet Windows, Doors, & Trim<br>1516 E. Algonquin Rd.<br>Arlington Heights, IL 60005 | | - | | Sub Contractor | | | | 196.67 |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,434,952.74

B6F (Official Form 6F) (12/07) - Cont.

In re     Viktor Jakovljevic                                                          ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Deva Development<br>1945 N. Cornell<br>Melrose Park, IL 60160 | - | | | Debt to corporation | | | | 401,840.37 |
| Account No.<br><br>Deva Property Management<br>1945 N. Cornell<br>Melrose Park, IL 60160 | | | | Debt to corporation | | | | 150,815.66 |
| Account No.<br><br>Doors, Closets and More<br>1735 N. Clybourn Avenue<br>Suite 1S<br>Chicago, IL 60614 | - | | | Sub Contractor | | | | 13,409.52 |
| Account No.<br><br>DSNB Bloom<br>Macy's, 9111 Duke Blvd.<br>Mason, OH | - | | | Credit Card | | | | 2.00 |
| Account No. 0100<br><br>Elan Financial Service<br>PO Box 108<br>Saint Louis, MO 63166 | - | | | Personal Credit Card | | | | 11,976.55 |

Sheet no. _7_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

578,044.10

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic , Case No.
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Chicago Storm Debt | | | | |
| Emmis Radio, LLC 247 S. State Street Suite 700 Chicago, IL 60604 | | - | | | | | | 14,860.75 |
| Account No. | | | | Sub Contractor-Settled | | | | |
| Enda Raftery 8925 S Natoma Oak Lawn, IL 60453 | | - | | | | | | 60,000.00 |
| Account No. | | | | Foreclosure | | | | |
| Fidelity National Title 203 N La Salle Street Chicago, IL 60601 | | - | | | | | | 222,982.28 |
| Account No. | | | | Carpet | | | | |
| Flying Carpet 5030 W. 79th Street Burbank, IL 60459 | | - | | | | | | 2,450.00 |
| Account No. | | | | Carpet Floating Installer | | | | |
| Flying Carpet Sales & Service LLC. 5030 W. 79th Street Burbank, IL 60459 | | - | | | | | | 968.00 |

Sheet no. _8_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

301,261.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                                      ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Sub Contractor | | | | |
| Gabriel Environmental Services 1421 N Elston Chicago, IL 60601 | | | - | | | | | | 10,955.28 |
| Account No. | | | | | Sub Contractor | | | | |
| Glass Dimensions 1942 N. 15th Ave Melrose Park, IL 60160 | | | - | | | | | | 11,424.00 |
| Account No. | | | | | Sub Contractor Granite Supplier Aved Office/Wabash | | | | |
| GP Stone and Cabiet Inc. 1826 S Clinton Street Chicago, IL 60616 | | | - | | | | | | 44,190.24 |
| Account No. | | | | | Aved Insurance debt | | | | |
| Hanover Insurance Group 440 Lincoln Avenue Worcester, MA 01653 | | | J | | | | | | 3,673.10 |
| Account No. | | | | | Business Debt | | | | |
| Historic AP 1944 N. Cornell Melrose Park, IL 60160 | | | - | | | | | | 1,058,476.63 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,128,719.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                      ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1300<br><br>Inland Bank<br>5456 S. LaGrange Rd.<br>Countryside, IL | - | | | Foreclosed Condo-Viktor Holdings | | | | 2,709,233.51 |
| Account No. 7156<br><br>Inland Bank<br>5456 S. LaGrange Rd.<br>Countryside, IL | - | | | Foreclosed Condo<br>8316 w. Harrison #2 | | | | 200,000.00 |
| Account No. 9100<br><br>Inland Bank<br>5456 S. LaGrange Rd.<br>Countryside, IL | J | | | Guarantee of Business Debt | | | | 2,801,540.69 |
| Account No.<br><br>Inland Bank<br>5456 S. LaGrange Rd.<br>Countryside, IL | - | | | Unit Foreclosed<br>2455 Harrison #4 | | | | 200,000.00 |
| Account No. 7474<br><br>Inland Mortgage Servicing Corp.<br>2901 Butterfield Rd.<br>Oak Brook, IL 60523 | - | | | Line of Credit<br>Diversey/Wolcott | | | | 423,237.78 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,334,011.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1644<br><br>Integra Bank<br>PO Box 3287<br>Evansville, IN 47732 | - | | Foreclosed-Diversey Station, LLC | | | | 2,564,295.68 |
| Account No. 3001<br><br>Integra Bank<br>PO Box 3287<br>Evansville, IN 47732 | - | | Foreclosed<br>Natoma/Diversey LLC | | | | 1,902,252.81 |
| Account No. 1645<br><br>Integra Bank<br>PO Box 3287<br>Evansville, IN 47732 | - | | Foreclosure | | | | 1,453,718.02 |
| Account No. 4001<br><br>Integra Bank<br>PO Box 3287<br>Evansville, IN 47732 | - | | Line of Credit | | | | 303,569.03 |
| Account No.<br><br>Intergalaxy Marble & Granite, Inc.<br>1902 S. 55th Court<br>Cicero, IL 60804 | - | | Marble and Granite Contractor | | | | 14,590.00 |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,238,425.54

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                        ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Sub Contractor | | | | |
| J. Jack Construction Corp. 7314 W. Clarence Chicago, IL 60631 | - | | | | | | | |
| | | | | | | | | 850.00 |
| Account No. | | | | Settled with Enaa through Diversey Station | | | | |
| Jason Patrinos 2513 W Gunnison St, Apt 1 Chicago, IL | - | | | | | | | |
| | | | | | | | | 100,000.00 |
| Account No. | | | | Settled with Enaa through Diversey Station | | | | |
| Jason Stratton 1915 W Diversey Pkwy, Apt 401 Chicago, IL | - | | | | | | | |
| | | | | | | | | 100,000.00 |
| Account No. | | | | Chicago Storm Partnership | | | | |
| John Hantz/ Hantz Group 26200 American Drive, 5th Floor Southfield | - | | | | | | | |
| | | | | | | | | 125,000.00 |
| Account No. | | | | 2006 Investor | | | | |
| Judy Randazzo 1834 N. 74th Avenue Elmwood Park, IL 60707 | - | | | | | | | |
| | | | | | | | | 15,000.00 |

Sheet no. _12_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    340,850.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Diversey Station Notes from Integra Bank | | | | |
| JW IGRA LLC 853 N. Elston Chicago, IL 60642 | - | | | | | | 2,587,000.00 |
| Account No. | | | Kitchen Utility | | | | |
| Kitchen and bath Renovation Inc. 1737 N. 75th Avenue Elmwood Park, IL 60707 | - | | | | | | 176.48 |
| Account No. | | | 2010 Elevator Company Wabash Homes | | | | |
| Kone Inc 7225 Naperville Rd #400 Lisle, IL | - | | | | | | 9,690.41 |
| Account No. | | | Various Cases | | | | |
| Law Offices of Aaron Spivack 566 W. Lake St., ste 100 Chicago, IL 60661 | - | | | | | | 20,374.50 |
| Account No. | | | Various Cases | | | | |
| Law Offices Of Aaron Spivack 566 W. Lake St., Suite 101 Chicago, IL 60661 | - | | | | | | 1,500.00 |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,618,741.39

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lee Wiesz<br>33 N. Dearborn, St., ste 500<br>Chicago, IL 60602 | - | | 2011-2012<br>Attorney Fees | | | | 21,323.50 |
| Account No.<br><br>Magic Touch Inc.<br>1945 N. Cornell<br>Melrose Park, IL 60160 | - | | 2007-present<br>Sub Contractor Painting | | | | 48,900.00 |
| Account No.<br><br>Malloy Masonry<br>4317 N. Bell Avenue<br>Chicago, IL 60618 | - | | Business Debt | | | | 15,408.61 |
| Account No.<br><br>Matthew Rooney<br>601 Forest Ave<br>Glen Ellyn, IL 60137 | - | | 2011-2012<br>Court Case<br>1440 S. Wabash | | | | 345,881.25 |
| Account No.<br><br>McGreal & Company<br>5740 W. 95th Street<br>Oak Lawn, IL 60453 | - | | 2011<br>Accountant Fees | | | | 2,150.00 |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

433,663.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | 2008 Sub Contractor | | | | |
| Melrose Park Sprinkler Association PO Box 1081 Melrose Park, IL 60160 | - | | | | | | | |
| | | | | | | | | 16,047.17 |
| **Account No.** | | | | 2005 Diversey Station Invester | | | | |
| Mike Stanojevic 9681 Elm Ter Des Plaines, IL 60016 | - | | | | | | | |
| | | | | | | | | 250,000.00 |
| **Account No.** | | | | 2005-2006 Investment | | | | |
| Mike Stanojevic 9681 Elm Ter Des Plaines, IL 60016 | - | | | | | | | |
| | | | | | | | | 310,000.00 |
| **Account No.** | | | | 2005 Diversey Investor | | | | |
| Mike Stanojevic 9681 Elm Ter Des Plaines, IL 60016 | - | | | | | | | |
| | | | | | | | | 150,000.00 |
| **Account No.** | | | | 2006 Diversey Station Investor | | | | |
| Nicholas Dizzono One Pierce Place, ste 150C Itasca, IL 60143 | - | | | | | | | |
| | | | | | | | | 250,000.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

976,047.17

B6F (Official Form 6F) (12/07) - Cont.

In re   Viktor Jakovljevic _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nicholas Randazzo<br>1834 N. 74th Avenue<br>Elmwood Park, IL 60707 | - | | 2006<br>Diversey Station Investor | | | | 350,000.00 |
| Account No. 9630<br><br>Nicor Gas<br>PO Box 2020<br>Aurora, IL 60507 | - | | Rental Units | | | | 255.81 |
| Account No. 0041<br><br>Northbrook Bank & Trust<br>1100 Waukegan Rd.<br>Northbrook, IL 60062 | - | | Mortgage Debt-Foreclosure in Process<br>1855 Diversey-Sweet Bean 2011 | | | | 248,856.89 |
| Account No.<br><br>Northbrook Bank & Trust<br>1100 Waukegan Rd.<br>Northbrook, IL 60062 | - | | Guarantee of mortgage | | | | 225,694.49 |
| Account No.<br><br>Northwest Millwork<br>455 Jarvis Ave<br>Des Plaines, IL 60018 | - | | Supplier | | | | 5,174.86 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   829,982.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> Novak & Parker, Inc <br> 1016 E Northwest Highway <br> Mount Prospect, IL 60056 | - | | | | 2008-2009 <br> Sub Contractor-Supplier | | | | 57,968.22 |
| Account No. <br><br> Old National Bank <br> One Main Street <br> One <br> Evansville, IN 47708 | - | | | | Equity Loan | | | | 296,836.00 |
| Account No. <br><br> Orchard Bank (HSBC) <br> PO Box 80084 <br> Salinas, CA 93912 | J | | | | Present <br> Credit Card | | | | 134.82 |
| Account No. 7763 <br><br> Oxford Bank & Trust <br> 1111 W. 22nd Street <br> Suite 800 <br> Oak Brook, IL 60523 | - | | | | 2012 <br> Mortgage | | | | 569,000.96 |
| Account No. 8718 <br><br> Parkway Bank <br> 4800 N/ Harlem Ave <br> Harwood Heights, IL 60706 | - | | | | Line of Credit <br> Development | | | | 457,997.35 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,381,937.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9414<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | - | | Mortgage | | | | 135,529.47 |
| Account No. 0710<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | - | | Mortgage | | | | 5,538,495.00 |
| Account No. 0711<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | - | | Mortgage | | | | 359,960.05 |
| Account No. 9710<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>60670<br>Harwood Heights, IL 60706 | - | | Mortgage | | | | 6,152,084.78 |
| Account No. 1310<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | - | | Mortgage | | | | 1,541,700.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of          Subtotal          13,727,769.30
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Viktor Jakovljevic _____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. 1311<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | | - | | Mortgage | | | | 1,541,700.00 |
| Account No. 1312<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | | - | | Mortgage | | | | 1,546,450.00 |
| Account No. 1313<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | | - | | Mortgage | | | | 1,552,550.00 |
| Account No. 1314<br><br>Parkway Bank<br>4800 N. Harlem Ave<br>Harwood Heights, IL 60706 | | - | | Mortgage | | | | 1,554,900.00 |
| Account No.<br><br>Perfect Steel Fabrication<br>16460 Dixie Highway<br>Markham, IL 60428 | | - | | Business Debt | | | | 38,564.00 |

Sheet no.  19  of  26  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   6,234,164.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Play Soccer Chicago LLC 1945 Cornell Ave Melrose Park, IL 60160 | - | | Sub Contractor | | | | 53,052.33 |
| Account No. Play Soccer Chicago LLC 1945 N. Cornell Melrose Park, IL 60160 | - | | Sub Contractor debts | | | | 15,778.33 |
| Account No. Pro-Line Door Systems 716 N. Edgewood Ave. Wood Dale, IL 60191 | - | | Contracting | | | | 915.40 |
| Account No. Roger Torres (Fogelson) | - | | 2007-2008 Settlement | | | | 50,000.00 |
| Account No. Rojas Concrete 6135 S. State St. Chicago, IL 60637 | - | | Contractor | | | | 40,000.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    159,746.06

B6F (Official Form 6F) (12/07) - Cont.

In re      Viktor Jakovljevic                                                    ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Sallie Mae Servicing P.O. Box 9532 Wilkes Barre, PA 18773-9532 | - | | | | | | | 17,500.00 |
| **Account No.** | | | | Investor | | | | |
| Saul Ornelas 24745 Manor, Dr. Joliet, IL 60431 | - | | | | | | | 500,000.00 |
| **Account No.** | | | | Attorney Fees | | | | |
| Schmidt Salzman & Moran, LTD 111 W. Washington Suite 1300 Chicago, IL 60602 | - | | | | | | | 12,934.00 |
| **Account No.** | | | | Investor | | | | |
| Sophia & Frank Klopas 1746 Wilmot Ave Chicago, IL 60647 | - | | | | | | | 250,000.00 |
| **Account No.** | | | | Purchase of note | | | | |
| Special Assets 5550 W. Jackson Suite 500 Chicago, IL 60661 | - | | | | | | | 1,698,108.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      2,478,542.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Viktor Jakovljevic                                              ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contractor | | | | |
| Spirit Plumbing 7820 Nordica Niles, IL 60714 | | - | | | | | | 650.00 |
| Account No. | | | | Medical bill | | | | |
| St. Joseph Hospital 2900 N. Lake Shore Drive Chicago, IL 60657 | | - | | | | | | 708.91 |
| Account No. | | | | 2011 Business debt | | | | |
| Super Truss & Panel 875 Aurora Avenue Aurora, IL 60505 | | - | | | | | | 3,500.00 |
| Account No. | | | | | | | | |
| Sus Iron 6423 N. Ravenswood Ave Chicago, IL 60626 | | - | | | | | | 3,000.00 |
| Account No. | | | | Telephone | | | | |
| T-Mobile USA P. O. Box 37380 Albuquerque, NM 87176 | | - | | | | | | 721.63 |

Sheet no. __22__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                       8,580.54

B6F (Official Form 6F) (12/07) - Cont.

In re   Viktor Jakovljevic _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-Present Sub Contractor | | | | |
| Tag Plumbing PO Box 124 New Lenox, IL | - | | | | | | | |
| | | | | | | | | 160,000.00 |
| Account No. | | | | Maintnence Fees | | | | |
| Tag Plumbing PO Box 124 New Lenox, IL | - | | | | | | | |
| | | | | | | | | 92,000.00 |
| Account No. | | | | Marble and Stone | | | | |
| Terrzzo Marble & Stone 120 West Lake Chicago, IL | - | | | | | | | |
| | | | | | | | | 7,910.66 |
| Account No. | | | | 2006-present Various jobs Electric Sub Contractor | | | | |
| Tesla Company 7054 N. Moselle Ave Chicago, IL 60646 | - | | | | | | | |
| | | | | | | | | 73,102.00 |
| Account No. | | | | 2011 Accountant | | | | |
| The Stapleton Group 15420 S. 70th Court Orland Park, IL 60462 | - | | | | | | | |
| | | | | | | | | 9,875.00 |
| Sheet no. _23_ of _26_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 342,887.66 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Viktor Jakovljevic _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Investor-Chicago Storm | | | | |
| Tiran Family Gift Trust 4401 W Chase Lincolnwood, IL 60712 | - | | | | | | | |
| | | | | | | | | 330,000.00 |
| Account No. | | | | 2007 Investor | | | | |
| Tom Lichter 4320 N Elston Chicago, IL 60641 | - | | | | | | | |
| | | | | | | | | 1,029,319.17 |
| Account No. | | | | Loan | | | | |
| Trajanka Jakovljevic 9106 National Morton Grove, IL 60053 | - | | | | | | | |
| | | | | | | | | 10,000.00 |
| Account No. 0370 | | | | 2011 Mortgage Loan Diversey station Foreclosed | | | | |
| Us Bank/ (Park National Bank) Po Box 5227 Cincinnati, OH 45201 | - | | | | | | | |
| | | | | | | | | 1,035,719.33 |
| Account No. | | | | 2011 Sub Contractor | | | | |
| Val-Max Construction, LLC. 5548 S. Massasoit Ave Chicago, IL 60638 | - | | | | | | | |
| | | | | | | | | 800.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,405,838.50

B6F (Official Form 6F) (12/07) - Cont.

In re   Viktor Jakovljevic _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Victoria Granite Works, Inc. <br> 5045 W. Ogden <br> Cicero, IL 60804 | - | | Granite | | | | 11,750.00 |
| Account No. 7276 <br><br> Village of Melrose Park <br> PO Box 1506 <br> Melrose Park, IL 60160 | - | | Fees | | | | 9,504.02 |
| Account No. <br><br> Vlastimir Denic <br> 2410 West Course Drive <br> Riverwoods | - | | 2005 <br> Investor-Chicago Storm | | | | 500,000.00 |
| Account No. <br><br> Wabash Homes LLC <br> 1945 N. Cornell <br> Melrose Park, IL 60160 | - | | Debt to corporation | | | | 723,963.44 |
| Account No. <br><br> Western & Polk Condominum Ass. <br> 750 Lake Cook Rd., Suite 350 <br> Buffalo Grove, IL | - | | 2012 <br> Condo Assessment | | | | 11,513.96 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,256,731.42

B6F (Official Form 6F) (12/07) - Cont.

In re    Viktor Jakovljevic_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1019<br><br>Wheaton Bank & Trust/Wheatland<br>211 S. Wheaton Ave<br>Wheaton, IL | - | | Guarantee of debt | | | | 1,515,501.95 |
| Account No.<br><br>Wheaton Bank & Trust/Wheatland<br>211 S. Wheaton Ave<br>Wheaton, IL | - | | Guarantee of debt for 2300 North LLC | | | | 1,213,334.00 |
| Account No.<br><br>Whelan's Inc.<br>111 South Cook St<br>Unit 337<br>Barrington, IL 60010 | - | | Landscaping Contractors | | | | 1,250.00 |
| Account No.<br><br>Windy City Building Materials<br>11110 Dover Ct.<br>Orland Park, IL 60467 | - | | Building Materials | | | | 3,882.54 |
| Account No.<br><br> | | | | | | | |

Sheet no. _26_ of _26_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 2,733,968.49 |
| Total<br>(Report on Summary of Schedules) | 52,745,443.69 |

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Viktor Jakovljevic                              Case No. _____
Debtor(s)        Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered        ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                ☐ Not claimed as exempt | |

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  August  6, 2012                Signature   /s/ Viktor Jakovljevic
                                               Viktor Jakovljevic
                                               Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  <u>Viktor Jakovljevic</u>                                     Case No. _____

                                      Debtor(s)             Chapter   <u>7</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.    $  <u>306.00</u>  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
           Representations of Debtor against Motions for Relief and Motions to Dismiss

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   <u>August 6, 2012</u>                  /s/ Joseph E. Cohen

                                             Joseph E. Cohen 3123243
                                             Cohen & Krol
                                             105 West Madison Street
                                             Suite 1100
                                             Chicago, IL 60602-4600
                                           312.368.0300  Fax: 312.368.4559

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Viktor Jakovljevic                      Case No. _____
                                   Debtor(s)      Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| Viktor Jakovljevic | X   /s/ Viktor Jakovljevic | August 6, 2012 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Northern District of Illinois

In re    Viktor Jakovljevic

Debtor(s)

Case No.
Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          143

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August  6, 2012

/s/ Viktor Jakovljevic
Viktor Jakovljevic
Signature of Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

1855-59 W Diversey Condo Associatio
1855 W. Diversey Pkwy
Chicago, IL

1901-05 Diversey Condo Association
1903 W. Diversey
Unit 502
Chicago, IL 60614

1945 Cornell LLC
1945 N. Cornell
Melrose Park, IL 60160

1st in Plumbing
3050 N. Rockwell St.
Chicago, IL 60618

2451 -57 W. Harrison Condo Associat
2451 W. Harrison
Unit 4
Chicago, IL

2602 W. Diversey Condo Assoc.
750 Lake Cook Rd.
Suite 350
Buffalo Grove, IL 60089

2608 W. Diversey Condo Assoc.
P. O. Box 6410
Chicago, IL 60680

2618 W. Diversey Condo Assoc.
2618 W. Diversey
Unit 202
Chicago, IL 60647

ABC Flooring
9228 Knight Avenue
Des Plaines, IL 60016

Accountants Receivable MG
400 S. 1st Street, Suite 108B
Lufkin, TX 75901

All Tile
1201 Chase Avenue
Elk Grove Village, IL 60007


Ally Financial
PO Box 380901
Bloomington, MN


American Express
PO Box 981535
El Paso, TX 79998


Anderson and Moore, P.C.
111 W. Washington St
Chicago, IL 60602


Asset Acceptance LLC
28405 Van Dyke Avenue
Warren, MI 48093


Aved Group
1945 N. Cornell
Melrose Park, IL 60160


Balance Networks, Inc.
1021 W. Adams, Suite 104
Chicago, IL 60607


Bank of America
P. O. Box 5170
Simi Valley, CA 93062-5170


Barrier Corp-AP Aging-Wabash
7831 N. Nagle Avenue
Morton Grove, IL 60053


Bauch & Michaels, LLC.
53 W. Jackson Blvd
Suite 1115
Chicago, IL 60604


Bridgeview Bank
7490 S. Harlem
Bridgview, IL

Bridgeview Bank Group
7940 S. Harlem
Bridgview, IL


Bruce Fogelson
Paramount Homes, 2731 N Lincoln Ave
Chicago, IL


Builder's Cabinet
461 N. Western Ave
3rd Floor
Chicago, IL 60612


Capital One
PO Box 32085
Salt Lake City, UT 84130


Chase
P.O. Box 9001871
Louisville, KY 40290-1871


Chicago Backflow Inc.
12607 South Laramie Avenue
Alsip, IL 60803


Chicago Builder's Supply
1651 N. Elston
Chicago, IL 60622


CitiBusiness/ Aadvantage Card
P.O. Box 6235
Sioux Falls, SD 57117


City of Chicago
Dept. of Streets & Sanitation
121 N. LaSalle, Room 700
Chicago, IL 60602


CJ Construction
14401 S. Woodland Avenue
Orland Park, IL 60462

Coliseum Park Condominium Owners
2211 N. Elston
Suite 301
Chicago, IL 60614


Colson Services
101 Barclay St. #8 East
New York, NY


ComEd
440 S. La Salle Street
Chicago, IL 60605


Comfortable Air Corp.
3419 W. Irving Park
Chicago, IL 60618


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Darpet Windows, Doors, & Trim
1516 E. Algonquin Rd.
Arlington Heights, IL 60005


Deva Development
1945 N. Cornell
Melrose Park, IL 60160


Deva Property Management
1945 N. Cornell
Melrose Park, IL 60160


Doors, Closets and More
1735 N. Clybourn Avenue
Suite 1S
Chicago, IL 60614


DSNB Bloom
Macy's, 9111 Duke Blvd.
Mason, OH


Elan Financial Service
PO Box 108
Saint Louis, MO 63166

Emmis Radio, LLC
247 S. State Street
Suite 700
Chicago, IL 60604

Enda Raftery
8925 S Natoma
Oak Lawn, IL 60453

Fidelity National Title
203 N La Salle Street
Chicago, IL 60601

Flying Carpet
5030 W. 79th Street
Burbank, IL 60459

Flying Carpet Sales & Service LLC.
5030 W. 79th Street
Burbank, IL 60459

Gabriel Environmental Services
1421 N Elston
Chicago, IL 60601

Glass Dimensions
1942 N. 15th Ave
Melrose Park, IL 60160

GP Stone and Cabiet Inc.
1826 S Clinton Street
Chicago, IL 60616

Hanover Insurance Group
440 Lincoln Avenue
Worcester, MA 01653

Historic AP
1944 N. Cornell
Melrose Park, IL 60160

Inland Bank
5456 S. LaGrange Rd.
Countryside, IL

Inland Bank
5456 S. LaGrange Rd.
Countryside, IL

Inland Bank
5456 S. LaGrange Rd.
Countryside, IL

Inland Bank
5456 S. LaGrange Rd.
Countryside, IL

Inland Mortgage Servicing Corp.
2901 Butterfield Rd.
Oak Brook, IL 60523

Integra Bank
PO Box 3287
Evansville, IN 47732

Integra Bank
PO Box 3287
Evansville, IN 47732

Integra Bank
PO Box 3287
Evansville, IN 47732

Integra Bank
PO Box 3787
Evansville, IN 47732

Integra Bank
PO Box 3287
Evansville, IN 47732

Intergalaxy Marble & Granite, Inc.
1902 S. 55th Court
Cicero, IL 60804

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

J. Jack Construction Corp.
7314 W. Clarence
Chicago, IL 60631


Jason Patrinos
2513 W Gunnison St, Apt 1
Chicago, IL


Jason Stratton
1915 W Diversey Pkwy, Apt 401
Chicago, IL


John Hantz/ Hantz Group
26200 American Drive, 5th Floor
Southfield


Judy Randazzo
1834 N. 74th Avenue
Elmwood Park, IL 60707


JW IGRA LLC
853 N. Elston
Chicago, IL 60642


Kitchen and bath Renovation Inc.
1737 N. 75th Avenue
Elmwood Park, IL 60707


Kone Inc
7225 Naperville Rd #400
Lisle, IL


Law Offices of Aaron Spivack
566 W. Lake St., ste 100
Chicago, IL 60661


Law Offices Of Aaron Spivack
566 W. Lake St., Suite 101
Chicago, IL 60661


Lee Wiesz
33 N. Dearborn, St., ste 500
Chicago, IL 60602

Magic Touch Inc.
1945 N. Cornell
Melrose Park, IL 60160


Malloy Masonry
4317 N. Bell Avenue
Chicago, IL 60618


Matthew Rooney
601 Forest Ave
Glen Ellyn, IL 60137


McGreal & Company
5740 W. 95th Street
Oak Lawn, IL 60453


Melrose Park Sprinkler Association
PO Box 1081
Melrose Park, IL 60160


Mike Stanojevic
9681 Elm Ter
Des Plaines, IL 60016


Mike Stanojevic
9681 Elm Ter
Des Plaines, IL 60016


Mike Stanojevic
9681 Elm Ter
Des Plaines, IL 60016


Millenium Properties, LLC
20 S. Clark Street
Suite 630
Chicago, IL 60603


Nicholas Dizzono
One Pierce Place, ste 150C
Itasca, IL 60143


Nicholas Randazzo
1834 N. 74th Avenue
Elmwood Park, IL 60707

Nicor Gas
PO Box 2020
Aurora, IL 60507


Northbrook Bank & Trust
1100 Waukegan Rd.
Northbrook, IL 60062


Northbrook Bank & Trust
1100 Waukegan Rd.
Northbrook, IL 60062


Northbrook Bank & Trust
1100 Waukegan Rd.
Northbrook, IL 60062


Northwest Millwork
455 Jarvis Ave
Des Plaines, IL 60018


Novak & Parker, Inc
1016 E Northwest Highway
Mount Prospect, IL 60056


Old National Bank
One Main Street
One
Evansville, IN 47708


Orchard Bank (HSBC)
PO Box 80084
Salinas, CA 93912


Oxford Bank & Trust
1111 W. 22nd Street
Suite 800
Oak Brook, IL 60523


Parkway Bank
4800 N. Harlem Ave.
Harwood Heights, IL 60706


Parkway Bank
4800 N/ Harlem Ave
Harwood Heights, IL 60706

Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
60670
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Perfect Steel Fabrication
16460 Dixie Highway
Markham, IL 60428


Play Soccer Chicago LLC
1945 Cornell Ave
Melrose Park, IL 60160

Play Soccer Chicago LLC
1945 N. Cornell
Melrose Park, IL 60160


Pro-Line Door Systems
716 N. Edgewood Ave.
Wood Dale, IL 60191


Receivables Performance Management
20816 44th Ave. W
Lynnwood, WA 98036


Roger Torres (Fogelson)


Rojas Concrete
6135 S. State St.
Chicago, IL 60637


Sallie Mae Servicing
P.O. Box 9532
Wilkes Barre, PA 18773-9532


Saul Ornelas
24745 Manor, Dr.
Joliet, IL 60431


Schmidt Salzman & Moran, LTD
111 W. Washington
Suite 1300
Chicago, IL 60602


Sophia & Frank Klopas
1746 Wilmot Ave
Chicago, IL 60647


Special Assets
5550 W. Jackson
Suite 500
Chicago, IL 60661


Spirit Plumbing
7820 Nordica
Niles, IL 60714

St. Joseph Hospital
2900 N. Lake Shore Drive
Chicago, IL 60657


Super Truss & Panel
875 Aurora Avenue
Aurora, IL 60505


Sus Iron
6423 N. Ravenswood Ave
Chicago, IL 60626


T-Mobile USA
P. O. Box 37380
Albuquerque, NM 87176


Tag Plumbing
PO Box 124
New Lenox, IL


Tag Plumbing
PO Box 124
New Lenox, IL


Terrzzo Marble & Stone
120 West Lake
Chicago, IL


Tesla Company
7054 N. Moselle Ave
Chicago, IL 60646


The Stapleton Group
15420 S. 70th Court
Orland Park, IL 60462


Tiran Family Gift Trust
4401 W Chase
Lincolnwood, IL 60712


Tom Lichter
4320 N Elston
Chicago, IL 60641

Trajanka Jakovljevic
9106 National
Morton Grove, IL 60053


Us Bank/ (Park National Bank)
Po Box 5227
Cincinnati, OH 45201


Val-Max Construction, LLC.
5548 S. Massasoit Ave
Chicago, IL 60638


Victoria Granite Works, Inc.
5045 W. Ogden
Cicero, IL 60804


Village of Melrose Park
PO Box 1506
Melrose Park, IL 60160


Vlastimir Denic
2410 West Course Drive
Riverwoods


Wabash Homes LLC
1945 N. Cornell
Melrose Park, IL 60160


Western & Polk Condominum Ass.
750 Lake Cook Rd., Suite 350
Buffalo Grove, IL


Wheaton Bank
211 S. Wheaton Ave.
Wheaton, IL 60187


Wheaton Bank & Trust/Wheatland
211 S. Wheaton Ave
Wheaton, IL


Wheaton Bank & Trust/Wheatland
211 S. Wheaton Ave
Wheaton, IL

Whelan's Inc.
111 South Cook St
Unit 337
Barrington, IL 60010


Windy City Building Materials
11110 Dover Ct.
Orland Park, IL 60467