JACQUELINE P. COX
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAKOVLJEVIC, VIKTOR | § | Case No. 12-31185 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/PHILIP V. MARTINO_____
            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-31185 JPC Judge: JACQUELINE P. COX | Trustee Name: PHILIP V. MARTINO |
| Case Name: | JAKOVLJEVIC, VIKTOR | Date Filed (f) or Converted (c): 08/06/12 (f) |
| | | 341(a) Meeting Date: 10/03/12 |
| For Period Ending: | 12/15/14 | Claims Bar Date: 01/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 851,555.38 | 4,000.00 | | 4,000.00 | FA |
| 2. Cash on Hand | 25.00 | 0.00 | | 0.00 | FA |
| 3. PNC Bank Checking Account | 80.00 | 0.00 | | 0.00 | FA |
| 4. Pan American Bank Checking Account (H) | 1,125.95 | 0.00 | | 0.00 | FA |
| 5. Pan American Bank checking account (J) | 480.25 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Books | 100.00 | 0.00 | | 0.00 | FA |
| 8. Normal Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 10. GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 11. Soccer Shoes | 5.00 | 0.00 | | 0.00 | FA |
| 12. Northwestern Mutual $1,500,000 term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 13. Massachusetts $1,500,000 term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14. Phoenix Life Insurance $2,000,000 | 0.00 | 0.00 | | 0.00 | FA |
| 15. 3 Separate IRA's at Oppenheimer | 19,593.75 | 0.00 | | 0.00 | FA |
| 16. Stock Interests | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2007 Chevy Van | 13,000.00 | 0.00 | | 0.00 | FA |
| 18. 2003 Land Rover | 6,000.00 | 3,600.00 | | 3,600.00 | FA |
| 19. Ipad, Laptop | 500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $895,315.33 | $7,600.00 | | $7,600.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-31185  JPC  Judge: JACQUELINE P. COX | Trustee Name: PHILIP V. MARTINO |
| Case Name: | JAKOVLJEVIC, VIKTOR | Date Filed (f) or Converted (c): 08/06/12 (f) |
| | | 341(a) Meeting Date: 10/03/12 |
| | | Claims Bar Date: 01/04/13 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-31185 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | JAKOVLJEVIC, VIKTOR | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9838 Checking Account |
| Taxpayer ID No: | *******8280 | | |
| For Period Ending: | 12/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,480.00 | | 7,480.00 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,470.00 |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 7.32 | 7,462.68 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.11 | 7,451.57 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.72 | 7,440.85 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,429.79 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.69 | 7,419.10 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.03 | 7,408.07 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,397.06 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.64 | 7,386.42 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,480.00 | 93.58 | 7,386.42 |
| Less: Bank Transfers/CD's | 7,480.00 | 0.00 | |
| Subtotal | 0.00 | 93.58 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 93.58 | |

Page Subtotals 7,480.00 93.58

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-31185 -JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | JAKOVLJEVIC, VIKTOR | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******8647 Congressional Checking Account |
| Taxpayer ID No: | *******8280 | | |
| For Period Ending: | 12/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/12 | 1 | AVED Group, LLC | AVED Group Receivable | 1121-000 | 4,000.00 | | 4,000.00 |
| 01/31/13 | 18 | JV3 Enterprises LLC | Partial payment for car | 1129-000 | 1,600.00 | | 5,600.00 |
| 01/31/13 | 18 | Holly Jakovljevic | Balance of purchase of vehicle | 1129-000 | 2,000.00 | | 7,600.00 |
| 03/08/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,590.00 |
| 04/22/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,580.00 |
| 05/09/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,570.00 |
| 06/04/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,560.00 |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,550.00 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,540.00 |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,530.00 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,520.00 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,510.00 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,500.00 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,490.00 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 7,480.00 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 7,480.00 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 7,600.00 | 7,600.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 7,480.00 | |
| Subtotal | | 7,600.00 | 120.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 7,600.00 | 120.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********9838 | 0.00 | 93.58 | 7,386.42 |
| Congressional Checking Account - ********8647 | 7,600.00 | 120.00 | 0.00 |
| | 7,600.00 | 213.58 | 7,386.42 |

Page Subtotals    7,600.00    7,600.00

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31185 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | JAKOVLJEVIC, VIKTOR | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******8647  Congressional Checking Account |
| Taxpayer ID No: | *******8280 | | | |
| For Period Ending: | 12/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 15, 2014 |

Case Number: 12-31185  
Debtor Name: JAKOVLJEVIC, VIKTOR  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Philip V. Martino, Trustee<br>Viktor Jakoljevic Chapter 7 Bankruptcy | Administrative | | $1,510.00 | $0.00 | $1,510.00 |
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $2,376.42 | $0.00 | $2,376.42 |
| 000002<br>050<br>4300-00 | Oxford Bank & Trust<br>Julia Jensen Smolka<br>DiMonte & Lizak LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | Secured | | $0.00 | $0.00 | $0.00 |
| 000009<br>050<br>4110-00 | Northbrook Bank & Trust Co.<br>c/o Cynthia G. Feeley<br>Feeley & Associates, P. C.<br>161 North Clark Street<br>Chicago, Illinois 60601 | Secured | | $0.00 | $0.00 | $0.00 |
| 000010A<br>050<br>4110-00 | Bridgeview Bank Group<br>Attn: Kevin Ameriks<br>4753 N. Broadway<br>Chicago IL 60640 | Secured | Creditor agreed to accept $3,500 in payment from the bankruptcy estate. | $3,500.00 | $0.00 | $3,500.00 |
| 000013<br>050<br>4300-00 | Accme Rentals LLC<br>720 Burgess Hill Rd<br>Naperville, IL 60565 | Secured | | $950,000.00 | $0.00 | $950,000.00 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of FNBM LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $225.05 | $0.00 | $225.05 |
| 000003<br>070<br>7100-00 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661 | Unsecured | | $1,331,758.06 | $0.00 | $1,331,758.06 |
| 000004<br>070<br>7100-00 | Asset Acceptance LLC assignee<br>CITIBANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $26,945.15 | $0.00 | $26,945.15 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $51,484.19 | $0.00 | $51,484.19 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 15, 2014 |

Case Number: 12-31185  
Debtor Name: JAKOVLJEVIC, VIKTOR

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>070<br>7100-00 | Wheaton Bank & Trust Co.<br>c/o Kevin R. Purtill<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Unsecured | | $2,812,385.01 | $0.00 | $2,812,385.01 |
| 000007<br>070<br>7100-00 | Sophia & Frank Klopas<br>Kaplan Papadakkis & Gourmis, P.C.<br>180 North LaSalle Street<br>Suite 2108<br>Chicago, IL 60601 | Unsecured | | $149,580.06 | $0.00 | $149,580.06 |
| 000008<br>070<br>7100-00 | Fidelity National Title Insurance Company<br>C/o Yousef K. Sarandah<br>Fidelity National Law Group<br>10 S. LaSalle St., Suite 2750<br>Chicago, IL 60603 | Unsecured | | $220,000.00 | $0.00 | $220,000.00 |
| 000010B<br>070<br>7100-00 | Bridgeview Bank Group | Unsecured | | $77,944.40 | $0.00 | $77,944.40 |
| 000011<br>070<br>7100-00 | Matthew Rooney<br>601 Forest Avenue<br>Glen Ellyn, IL 60137 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000012<br>070<br>7100-00 | Andrew Stump<br>720 Burgess Hill Rd<br>Naperville, IL 60565 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000014<br>070<br>7100-00 | Wheaton Bank & Trust Company, successor<br>c/o Cynthia G. Feeley,<br>Feeley & Assoc. P. C.<br>161 North Clark Street<br>Chicago, Illinois 60601 | Unsecured | | $40,077.34 | $0.00 | $40,077.34 |
| 000015<br>070<br>7100-00 | Northbrook Bank & Trust Co., successor First Chgo<br>c/o Cynthia G. Feeley<br>161 North Clark Street, Suite 4700<br>Chicago, IL 60601 | Unsecured | | $249,506.62 | $0.00 | $249,506.62 |
| 000016<br>070<br>7100-00 | Intergalaxy Marble & Granite, Inc.<br>Jesus E. Aquire<br>1902 S. 55th Court<br>Cicero, IL 60804 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000017<br>070<br>7100-00 | Intergalaxy Marble & Granite Inc.<br>1902 S 55th Court<br>Cicero, IL  60804 | Unsecured | | $18,250.00 | $0.00 | $18,250.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 15, 2014 |

Case Number:  12-31185  
Debtor Name:  JAKOVLJEVIC, VIKTOR  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $6,135,542.30 | $0.00 | $6,135,542.30 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-31185
Case Name: JAKOVLJEVIC, VIKTOR
Trustee Name: PHILIP V. MARTINO

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010A | Bridgeview Bank Group | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000003 | U S Small Business Administration | $ | $ | $ |
| 000004 | Asset Acceptance LLC assignee CITIBANK | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | Wheaton Bank & Trust Co. | $ | $ | $ |
| 000007 | Sophia & Frank Klopas | $ | $ | $ |
| 000008 | Fidelity National Title Insurance Company | $ | $ | $ |
| 000011 | Matthew Rooney | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Andrew Stump | $ | $ | $ |
| 000014 | Wheaton Bank & Trust Company, successor | $ | $ | $ |
| 000015 | Northbrook Bank & Trust Co., successor First Chgo | $ | $ | $ |
| 000017 | Intergalaxy Marble & Granite Inc. | $ | $ | $ |
| 000010B | Bridgeview Bank Group | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE