JACQUELINE P. COX

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

CHICAGO **DIVISION**

In re: §
  §
  §
JAKOVLJEVIC, VIKTOR § Case No. 12-31185
  §
  Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  CLERK OF THE BANKRUPTCY COURT
  219 SOUTH DEARBORN STREET, ROOM 713
  CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/22/2015 in Courtroom 680,
  United States Courthouse
  219 South Dearborn Street
  Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/15/2014      By: Clerk of the Bankruptcy Court
                                     Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
JAKOVLJEVIC, VIKTOR § Case No. 12-31185
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,600.00 |
| and approved disbursements of | $ | 213.58 |
| leaving a balance on hand of[1] | $ | 7,386.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010A | Bridgeview Bank Group | $ 50,000.00 | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| | Total to be paid to secured creditors | | | $ | 3,500.00 |
| | Remaining Balance | | | $ | 3,886.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,510.00 | $ 0.00 | $ 1,510.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 2,264.52 | $ 0.00 | $ 2,264.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 111.90 | $ 0.00 | $ 111.90 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,886.42 |
| Remaining Balance | | | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,178,155.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 225.05 | $ 0.00 | $ 0.00 |
| 000003 | U S Small Business Administration | $ 1,331,758.06 | $ 0.00 | $ 0.00 |
| 000004 | Asset Acceptance LLC assignee CITIBANK | $ 26,945.15 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | American Express Bank, FSB | $ 51,484.19 | $ 0.00 | $ 0.00 |
| 000006 | Wheaton Bank & Trust Co. | $ 2,812,385.01 | $ 0.00 | $ 0.00 |
| 000007 | Sophia & Frank Klopas | $ 149,580.06 | $ 0.00 | $ 0.00 |
| 000008 | Fidelity National Title Insurance Company | $ 220,000.00 | $ 0.00 | $ 0.00 |
| 000011 | Matthew Rooney | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000012 | Andrew Stump | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000014 | Wheaton Bank & Trust Company, successor | $ 40,077.34 | $ 0.00 | $ 0.00 |
| 000015 | Northbrook Bank & Trust Co., successor First Chgo | $ 249,506.62 | $ 0.00 | $ 0.00 |
| 000017 | Intergalaxy Marble & Granite Inc. | $ 18,250.00 | $ 0.00 | $ 0.00 |
| 000010B | Bridgeview Bank Group | $ 77,944.40 | $ 0.00 | $ 0.00 |

|  | Total to be paid to timely general unsecured creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-31185-JPC
Viktor Jakovljevic Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: bchavez      Page 1 of 4      Date Rcvd: Dec 16, 2014
                      Form ID: pdf006      Total Noticed: 129

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2014.

```
db          +Viktor Jakovljevic,    1400 Park Avenue,    River Forest, IL 60305-1022
19284049    +1855-59 W Diversey Condo Associatio,    1855 W. Diversey Pkwy,    Chicago, IL 60614-1011
19284050    +1901-05 Diversey Condo Association,    1903 W. Diversey,    Unit 502,    Chicago, IL 60614-9232
19284051    +1945 Cornell LLC,    1945 N. Cornell,    Melrose Park, IL 60160-1005
19284052    +1st in Plumbing,    3050 N. Rockwell St.,    Chicago, IL 60618-7929
19284053    +2451 -57 W. Harrison Condo Associat,    2451 W. Harrison,    Unit 4,    Chicago, IL 60612-3794
19284054    +2602 W. Diversey Condo Assoc.,    750 Lake Cook Rd.,    Suite 350,    Buffalo Grove, IL 60089-2088
19284055    +2608 W. Diversey Condo Assoc.,    P. O. Box 6410,    Chicago, IL 60680-6410
19284056    +2618 W. Diversey Condo Assoc.,    2618 W. Diversey,    Unit 202,    Chicago, IL 60647-8090
19284057    +ABC Flooring,    9228 Knight Avenue,    Des Plaines, IL 60016-3948
19882998    +Accme Rentals LLC,    720 Burgess Hill Rd,    Naperville, IL 60565-6103
19284058    +Accountants Receivable MG,    400 S. 1st Street, Suite 108B,    Lufkin, TX 75901-3723
19284061    +American Express,    PO Box 981535,    El Paso, TX 79998-1535
19673999     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19284062    +Anderson and Moore, P.C.,    111 W. Washington St,    Chicago, IL 60602-2858
19882838    +Andrew Stump,    720 Burgess Hill Rd,    Naperville, IL 60565-6103
19284064    +Aved Group,    1945 N. Cornell,    Melrose Park, IL 60160-1005
19284066     Bank of America,    P. O. Box 5170,    Simi Valley, CA 93062-5170
19284067    +Barrier Corp-AP Aging-Wabash,    7831 N. Nagle Avenue,    Morton Grove, IL 60053-2712
19284068    +Bauch & Michaels, LLC.,    53 W. Jackson Blvd,    Suite 1115,    Chicago, IL 60604-3566
19284069    +Bridgeview Bank,    7490 S. Harlem,    Bridgview, IL 60455
19284071    +Bruce Fogelson,    Paramount Homes, 2731 N Lincoln Ave,    Chicago, IL 60614-1320
19284072     Builder's Cabinet,    461 N. Western Ave,    3rd Floor,    Chicago, IL 60612
19284079    +CJ Construction,    14401 S. Woodland Avenue,    Orland Park, IL 60462-2454
19284073     Capital One,    PO Box 32085,    Salt Lake City, UT 84130
19284074     Chase,    P.O. Box 9001871,    Louisville, KY 40290-1871
19284075    +Chicago Backflow Inc.,    12607 South Laramie Avenue,    Alsip, IL 60803-3225
19284076    +Chicago Builder's Supply,    1651 N. Elston,    Chicago, IL 60642-1545
19284077    +CitiBusiness/ Aadvantage Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
19284078    +City of Chicago,    Dept. of Streets & Sanitation,    121 N. LaSalle, Room 700,
              Chicago, IL 60602-1246
22712153    +City of Chicago/ Dept. of Finance,    DePaul Center, Suite 300,    333 South State Street,
              Chicago, IL 60604-3985
19284080    +Coliseum Park Condominium Owners,    2211 N. Elston,    Suite 301,    Chicago, IL 60614-9278
19284081    +Colson Services,    101 Barclay St. #8 East,    New York, NY 10007-2550
19284083    +Comfortable Air Corp.,    3419 W. Irving Park,    Chicago, IL 60618-3245
19284089    +DSNB Bloom,    Macy's, 9111 Duke Blvd.,    Mason, OH 45040-8999
19284085    +Darpet Windows, Doors, & Trim,    1516 E. Algonquin Rd.,    Arlington Heights, IL 60005-4718
19284086    +Deva Development,    1945 N. Cornell,    Melrose Park, IL 60160-1005
19284087    +Deva Property Management,    1945 N. Cornell,    Melrose Park, IL 60160-1005
19284088    +Doors, Closets and More,    1735 N. Clybourn Avenue,    Suite 1S,    Chicago, IL 60614-7897
19284091    +Emmis Radio, LLC,    247 S. State Street,    Suite 700,    Chicago, IL 60604-2054
19284092    +Enda Raftery,    8925 S Natoma,    Oak Lawn, IL 60453-1464
19878443    +Fidelity National Title Insurance Company,    C/o Yousef K. Sarandah,
              Fidelity National Law Group,    10 S. LaSalle St., Suite 2750,    Chicago, IL 60603-1108
19284094    +Flying Carpet,    5030 W. 79th Street,    Burbank, IL 60459-1504
19284095    +Flying Carpet Sales & Service LLC.,    5030 W. 79th Street,    Burbank, IL 60459-1504
19284098    +GP Stone and Cabiet Inc.,    1826 S Clinton Street,    Chicago, IL 60616-1005
19284096    +Gabriel Environmental Services,    1421 N Elston,    Chicago, IL 60642-2419
19284097    +Glass Dimensions,    1942 N. 15th Ave,    Melrose Park, IL 60160-1403
19284099    +Hanover Insurance Group,    440 Lincoln Avenue,    Worcester, MA 01653-0002
19284100     Historic AP,    1944 N. Cornell,    Melrose Park, IL 60160
19284101    +Inland Bank,    5456 S. LaGrange Rd.,    Countryside, IL 60525-2851
19284105    +Inland Mortgage Servicing Corp.,    2901 Butterfield Rd.,    Oak Brook, IL 60523-1190
19284106    +Integra Bank,    PO Box 3287,    Evansville, IN 47732-3287
19284109    +Integra Bank,    PO Box 3787,    Evansville, IN 47736-3787
19284111    +Intergalaxy Marble & Granite, Inc.,    Jesus E. Aquire,    1902 S. 55th Court,
              Cicero, IL 60804-2210
19284113    +J. Jack Construction Corp.,    7314 W. Clarence,    Chicago, IL 60631-1927
22175511     JPMorgan Chase Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
              Columbus, OH 43216-5028
19284118    +JW IGRA LLC,    853 N. Elston,    Chicago, IL 60642-4102
19284115    +Jason Stratton,    1915 W Diversey Pkwy, Apt 401,    Chicago, IL 60614-9416
19284117    +Judy Randazzo,    1834 N. 74th Avenue,    Elmwood Park, IL 60707-3707
19284119    +Kitchen and bath Renovation Inc.,    1737 N. 75th Avenue,    Elmwood Park, IL 60707-4128
19284120    +Kone Inc,    7225 Naperville Rd #400,    Lisle, IL 60532
19284122    +Law Offices Of Aaron Spivack,    566 W. Lake St., Suite 101,    Chicago, IL 60661-1442
19284121    +Law Offices of Aaron Spivack,    566 W. Lake St., ste 100,    Chicago, IL 60661-1412
19284123    +Lee Wiesz,    33 N. Dearborn, St., ste 500,    Chicago, IL 60602-3960
19284124    +Magic Touch Inc.,    1945 N. Cornell,    Melrose Park, IL 60160-1005
19284125    +Malloy Masonry,    4317 N. Bell Avenue,    Chicago, IL 60618-1609
19284126    +Matthew Rooney,    601 Forest Ave,    Glen Ellyn, IL 60137-4107
19284127    +McGreal & Company,    5740 W. 95th Street,    Oak Lawn, IL 60453-2359
19284128    +Melrose Park Sprinkler Association,    PO Box 1081,    Melrose Park, IL 60161-1081
```

```
District/off: 0752-1          User: bchavez              Page 2 of 4                   Date Rcvd: Dec 16, 2014
                              Form ID: pdf006            Total Noticed: 129


19284129      +Mike Stanojevic,    9681 Elm Ter,    Des Plaines, IL 60016-1543
19284133      +Nicholas Dizzono,    One Pierce Place, ste 150C,    Itasca, IL 60143-2692
19284134      +Nicholas Randazzo,    1834 N. 74th Avenue,    Elmwood Park, IL 60707-3707
19284136      +Northbrook Bank & Trust,    1100 Waukegan Rd.,    Northbrook, IL 60062-4663
19431863      +Northbrook Bank & Trust Company,    Cynthia G. Feeley,    Feeley & Associates, P.C.,
                161 N. Clark Street,    Chicago, IL 60601-3201
19284139      +Northwest Millwork,    455 Jarvis Ave,    Des Plaines, IL 60018-1951
19284140      +Novak & Parker, Inc,    1016 E Northwest Highway,    Mount Prospect, IL 60056-3493
19284142      +Orchard Bank (HSBC),    PO Box 80084,    Salinas, CA 93912-0084
19284143      +Oxford Bank & Trust,    Julia Jensen Smolka,    DiMonte & Lizak LLC,    216 W. Higgins Road,
                Park Ridge, IL 60068-5706
19284149      +Parkway Bank,    4800 N. Harlem Ave,    60670,    Harwood Heights, IL 60706-3577
19284144      +Parkway Bank,    4800 N. Harlem Ave.,    Harwood Heights, IL 60706-3577
19284155      +Perfect Steel Fabrication,    16460 Dixie Highway,    Markham, IL 60428-5610
19284158      +Pro-Line Door Systems,    716 N. Edgewood Ave.,    Wood Dale, IL 60191-1259
19284159      +Receivables Performance Management,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
19284161       Rojas Concrete,    6135 S. State St.,    Chicago, IL 60637
19284163      +Saul Ornelas,    24745 Manor, Dr.,    Joliet, IL 60404-6625
19284164      +Schmidt Salzman & Moran, LTD,    111 W. Washington,    Suite 1300,    Chicago, IL 60602-3466
19284165      +Sophia & Frank Klopas,    Kaplan Papadakkis & Gourmis, P.C.,    180 North LaSalle Street,
                Suite 2108,    Chicago, IL 60601-2701
19284166      +Special Assets,    5550 W. Jackson,    Suite 500,    Chicago, IL 60644-4204
19284167      +Spirit Plumbing,    7820 Nordica,    Niles, IL 60714-3363
19284168      +St. Joseph Hospital,    2900 N. Lake Shore Drive,    Chicago, IL 60657-6274
19284169      +Super Truss & Panel,    875 Aurora Avenue,    Aurora, IL 60505-1707
19284170      +Sus Iron,    6423 N. Ravenswood Ave,    Chicago, IL 60626-3921
19284171      +T-Mobile USA,    P. O. Box 37380,    Albuquerque, NM 87176-7380
19284172      +Tag Plumbing,    PO Box 124,    New Lenox, IL 60451-0124
19284174      +Terrzzo Marble & Stone,    120 West Lake,    Chicago, IL 60601
19284175      +Tesla Company,    7054 N. Moselle Ave,    Chicago, IL 60646-1212
19284176      +The Stapleton Group,    15420 S. 70th Court,    Orland Park, IL 60462-5133
19284177      +Tiran Family Gift Trust,    4401 W Chase,    Lincolnwood, IL 60712-1801
19284178      +Tom Lichter,    4320 N Elston,    Chicago, IL 60641-2144
19284179      +Trajanka Jakovljevic,    9106 National,    Morton Grove, IL 60053-2031
19665175      +U S Small Business Administration,    c/o Mary Cvengros,    500 W Madison St., #1150,
                Chicago, IL 60661-2566
19284090     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,    PO Box 108,    Saint Louis, MO 63166)
19284180      +Us Bank/ (Park National Bank),    Po Box 5227,    Cincinnati, OH 45201-5227
19284181      +Val-Max Construction, LLC.,    5548 S. Massasoit Ave,    Chicago, IL 60638-2834
19284182      +Victoria Granite Works, Inc.,    5045 W. Ogden,    Cicero, IL 60804-3536
19284183      +Village of Melrose Park,    PO Box 1506,    Melrose Park, IL 60161-1506
19284185      +Wabash Homes LLC,    1945 N. Cornell,    Melrose Park, IL 60160-1005
19284186      +Western & Polk Condominum Ass.,    750 Lake Cook Rd., Suite 350,    Buffalo Grove, IL 60089-2088
19284187      +Wheaton Bank,    211 S. Wheaton Ave.,    Wheaton, IL 60187-5256
19729653      +Wheaton Bank & Trust Co.,    c/o Kevin R. Purtill,    30 S. Wacker Drive, Suite 2600,
                Chicago, IL 60606-7512
19284188      +Wheaton Bank & Trust/Wheatland,    211 S. Wheaton Ave,    Wheaton, IL 60187-5256
19284190       Whelan's Inc.,    111 South Cook St,    Unit 337,    Barrington, IL 60010
19284191      +Windy City Building Materials,    11110 Dover Ct.,    Orland Park, IL 60467-9420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19284059      +E-mail/Text: lglenn@alltile.com Dec 17 2014 02:09:41      All Tile,    1201 Chase Avenue,
                Elk Grove Village, IL 60007-4837
19284060      +E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2014 02:09:05      Ally Financial,
                PO Box 380901,    Bloomington, MN 55438-0901
19284063      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 17 2014 02:10:11      Asset Acceptance LLC,
                28405 Van Dyke Avenue,    Warren, MI 48093-7132
19673582      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 17 2014 02:10:11
                Asset Acceptance LLC assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
19287711      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Dec 17 2014 02:09:54      Bridgeview Bank Group,
                Attn: Kevin Ameriks,    4753 N. Broadway,    Chicago IL 60640-4986
19284070      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Dec 17 2014 02:09:54      Bridgeview Bank Group,
                7940 S. Harlem,    Bridgview, IL 60455-1598
19284082      +E-mail/Text: legalcollections@comed.com Dec 17 2014 02:12:16      ComEd,
                440 S. La Salle Street,    Chicago, IL 60605-1028
19284084      +E-mail/Text: creditonebknotifications@resurgent.com Dec 17 2014 02:09:18      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
19284112       E-mail/Text: cio.bncmail@irs.gov Dec 17 2014 02:09:36      Internal Revenue Service,
                230 South Dearborn Street,    Mail Stop 5010 CHI,    Chicago, IL 60604
19284135      +E-mail/Text: bankrup@aglresources.com Dec 17 2014 02:08:59      Nicor Gas,    PO Box 2020,
                Aurora, IL 60507-2020
19880193      +E-mail/Text: feeleypc@aol.com Dec 17 2014 02:09:40      Northbrook Bank & Trust Co.,
                c/o Cynthia G. Feeley,    Feeley & Associates, P. C.,    161 North Clark Street,
                Chicago, Illinois 60601-3201
19885680      +E-mail/Text: feeleypc@aol.com Dec 17 2014 02:09:40
                Northbrook Bank & Trust Co., successor First Chgo,    c/o Cynthia G. Feeley,
                161 North Clark Street, Suite 4700,    Chicago, IL 60601-3201
19284141      +E-mail/Text: bankruptcy@oldnational.com Dec 17 2014 02:10:12      Old National Bank,
                One Main Street,    One,    Evansville, IN 47708-1464
```

```
District/off: 0752-1           User: bchavez               Page 3 of 4            Date Rcvd: Dec 16, 2014
                               Form ID: pdf006             Total Noticed: 129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19550592       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2014 02:15:08
                 PYOD, LLC its successors and assigns as assignee,    of FNBM LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
19284162        E-mail/PDF: pa_dc_claims@navient.com Dec 17 2014 02:16:22      Sallie Mae Servicing,
                 P.O. Box 9532,    Wilkes Barre, PA 18773-9532
19885401       +E-mail/Text: feeleypc@aol.com Dec 17 2014 02:09:40     Wheaton Bank & Trust Company, successor,
                 c/o Cynthia G. Feeley,,    Feeley & Assoc. P. C.,    161 North Clark Street,
                 Chicago, Illinois 60601-3201
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19284116        John Hantz/ Hantz Group,    26200 American Drive, 5th Floor,   Southfield
19284160        Roger Torres (Fogelson)
19284184        Vlastimir Denic,    2410 West Course Drive,   Riverwoods
19284102*      +Inland Bank,    5456 S. LaGrange Rd.,   Countryside, IL 60525-2851
19284103*      +Inland Bank,    5456 S. LaGrange Rd.,   Countryside, IL 60525-2851
19284104*      +Inland Bank,    5456 S. LaGrange Rd.,   Countryside, IL 60525-2851
19284107*      +Integra Bank,    PO Box 3287,   Evansville, IN 47732-3287
19284108*      +Integra Bank,    PO Box 3287,   Evansville, IN 47732-3287
19284110*      +Integra Bank,    PO Box 3287,   Evansville, IN 47732-3287
19882725*      +Matthew Rooney,    601 Forest Avenue,   Glen Ellyn, IL 60137-4107
19284130*      +Mike Stanojevic,    9681 Elm Ter,   Des Plaines, IL 60016-1543
19284131*      +Mike Stanojevic,    9681 Elm Ter,   Des Plaines, IL 60016-1543
19284138*      +Northbrook Bank & Trust,    1100 Waukegan Rd.,   Northbrook, IL 60062-4663
19284137*      +Northbrook Bank & Trust,    1100 Waukegan Rd.,   Northbrook, IL 60062-4663
19284146*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284147*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284148*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284150*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284151*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284152*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284153*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284154*      +Parkway Bank,    4800 N. Harlem Ave,   Harwood Heights, IL 60706-3577
19284145*      +Parkway Bank,    4800 N/ Harlem Ave,   Harwood Heights, IL 60706-3577
19284173*      +Tag Plumbing,    PO Box 124,   New Lenox, IL 60451-0124
19284189*      +Wheaton Bank & Trust/Wheatland,    211 S. Wheaton Ave,   Wheaton, IL 60187-5256
19284065       ##+Balance Networks, Inc.,    1021 W. Adams, Suite 104,   Chicago, IL 60607-3754
19284093       ##+Fidelity National Title,    203 N La Salle Street,   Chicago, IL 60601-1261
19284114       ##+Jason Patrinos,    2513 W Gunnison St, Apt 1,   Chicago, IL 60625-2813
19284132       ##+Millenium Properties, LLC,    20 S. Clark Street,   Suite 630,    Chicago, IL 60603-1831
19284156       ##+Play Soccer Chicago LLC,    1945 Cornell Ave,   Melrose Park, IL 60160-1005
19284157       ##+Play Soccer Chicago LLC,    1945 N. Cornell,   Melrose Park, IL 60160-1005
                                                                                TOTALS: 3, * 22, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2014 at the address(es) listed below:
          Cari A Kauffman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcy@mdk-llc.com, dfrankel@sormanfrankel.com
          Cynthia G. Feeley    on behalf of Creditor    Northbrook Bank & Trust Company feeleypc@aol.com
          Cynthia G. Feeley    on behalf of Creditor    Wheaton Bank & Trust feeleypc@aol.com
```

```
District/off: 0752-1          User: bchavez              Page 4 of 4                  Date Rcvd: Dec 16, 2014
                              Form ID: pdf006            Total Noticed: 129
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Francisco Connell  on behalf of Creditor  Wheaton Bank & Trust fconnell@chuhak.com, hcummins@chuhak.com
    Jeffrey Snell  on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
    Jeffrey L. Gansberg  on behalf of Creditor  SA Loan Fund 901 LLC jgansberg@muchshelist.com, nsulak@muchshelist.com
    John F Hiltz  on behalf of Creditor  ACCME RENTALS LLC jhiltz@hwzlaw.com, kwantuch@hwzlaw.com, bzanzig@hwzlaw.com
    Joseph E Cohen  on behalf of Debtor Viktor Jakovljevic jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
    Julia Jensen Smolka  on behalf of Creditor  Oxford Bank & Trust jjensen@dimonteandlizak.com
    Kathy Wantuch  on behalf of Creditor  ACCME RENTALS LLC kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
    Kevin A Ameriks  on behalf of Creditor  Bridgeview Bank Group kevin.ameriks@bridgeviewbank.com
    Kevin R Purtill  on behalf of Creditor  Wheaton Bank & Trust kpurtill@chuhak.com, nmatthiscyk@chuhak.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Philip V Martino, ESQ  philip.martino@quarles.com, pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
    Sarah Baker  on behalf of Attorney Sarah K Baker sarah.baker@quarles.com, stella.love@quarles.com
    Sarah Baker  on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com, stella.love@quarles.com

                                                     TOTAL: 16