JACQUELINE P. COX

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAKOVLJEVIC, VIKTOR | § | Case No. 12-31185 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/PHILIP V. MARTINO _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial PO Box 380901 Bloomington, MN |  |  |  |  |  |
|  | Chase P.O. Box 9001871 Louisville, KY 40290-1871 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Integra Bank PO Box 3787 Evansville, IN 47732 | | | | | |
| | Northbrook Bank & Trust 1100 Waukegan Rd. Northbrook, IL 60062 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave. Harwood Heights, IL 60706 | | | | | |
| | Wheaton Bank 211 S. Wheaton Ave. Wheaton, IL 60187 | | | | | |
| 000010A | BRIDGEVIEW BANK GROUP | | | | | |
| 000009 | NORTHBROOK BANK & TRUST CO. | | | | | |
| 000013 | ACCME RENTALS LLC | | | | | |
| 000002 | OXFORD BANK & TRUST | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1855-59 W Diversey Condo Associatio 1855 W. Diversey Pkwy Chicago, IL | | | | | |
| | 1901-05 Diversey Condo Association 1903 W. Diversey Unit 502 Chicago, IL 60614 | | | | | |
| | 1st in Plumbing 3050 N. Rockwell St. Chicago, IL 60618 | | | | | |
| | 2451 -57 W. Harrison Condo Associat 2451 W. Harrison Unit 4 Chicago, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2602 W. Diversey Condo Assoc. 750 Lake Cook Rd. Suite 350 Buffalo Grove, IL 60089 | | | | | |
| | 2608 W. Diversey Condo Assoc. P. O. Box 6410 Chicago, IL 60680 | | | | | |
| | 2618 W. Diversey Condo Assoc. 2618 W. Diversey Unit 202 Chicago, IL 60647 | | | | | |
| | ABC Flooring 9228 Knight Avenue Des Plaines, IL 60016 | | | | | |
| | Accountants Receivable MG 400 S. 1st Street, Suite 108B Lufkin, TX 75901 | | | | | |
| | All Tile 1201 Chase Avenue Elk Grove Village, IL 60007 | | | | | |
| | American Express PO Box 981535 El Paso, TX 79998 | | | | | |
| | Anderson and Moore, P.C. 111 W. Washington St Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance LLC 28405 Van Dyke Avenue Warren, MI 48093 | | | | | |
| | Aved Group 1945 N. Cornell Melrose Park, IL 60160 | | | | | |
| | Balance Networks, Inc. 1021 W. Adams, Suite 104 Chicago, IL 60607 | | | | | |
| | Bank of America P. O. Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Barrier Corp-AP Aging-Wabash 7831 N. Nagle Avenue Morton Grove, IL 60053 | | | | | |
| | Bauch & Michaels, LLC. 53 W. Jackson Blvd Suite 1115 Chicago, IL 60604 | | | | | |
| | Bridgeview Bank 7490 S. Harlem Bridgeview, IL | | | | | |
| | Bridgeview Bank Group 7940 S. Harlem Bridgeview, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bruce Fogelson Paramount Homes, 2731 N Lincoln Ave Chicago, IL | | | | | |
| | Builder's Cabinet 461 N. Western Ave 3rd Floor Chicago, IL 60612 | | | | | |
| | CJ Construction 14401 S. Woodland Avenue Orland Park, IL 60462 | | | | | |
| | Capital One PO Box 32085 Salt Lake City, UT 84130 | | | | | |
| | Chicago Backflow Inc. 12607 South Laramie Avenue Alsip, IL 60803 | | | | | |
| | Chicago Builder's Supply 1651 N. Elston Chicago, IL 60622 | | | | | |
| | CitiBusiness/ Aadvantage Card P.O. Box 6235 Sioux Falls, SD 57117 | | | | | |
| | City of Chicago Dept. of Streets & Sanitation 121 N. LaSalle, Room 700 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coliseum Park Condominium Owners 2211 N. Elston Suite 301 Chicago, IL 60614 | | | | | |
| | Colson Services 101 Barclay St. #8 East New York, NY | | | | | |
| | ComEd 440 S. La Salle Street Chicago, IL 60605 | | | | | |
| | Comfortable Air Corp. 3419 W. Irving Park Chicago, IL 60618 | | | | | |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193 | | | | | |
| | DSNB Bloom Macy's, 9111 Duke Blvd. Mason, OH | | | | | |
| | Darpet Windows, Doors, & Trim 1516 E. Algonquin Rd. Arlington Heights, IL 60005 | | | | | |
| | Deva Development 1945 N. Cornell Melrose Park, IL 60160 | | | | | |
| | Deva Property Management 1945 N. Cornell Melrose Park, IL 60160 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Doors, Closets and More 1735 N. Clybourn Avenue Suite 1S Chicago, IL 60614 | | | | | |
| | Elan Financial Service PO Box 108 Saint Louis, MO 63166 | | | | | |
| | Emmis Radio, LLC 247 S. State Street Suite 700 Chicago, IL 60604 | | | | | |
| | Enda Raftery 8925 S Natoma Oak Lawn, IL 60453 | | | | | |
| | Fidelity National Title 203 N La Salle Street Chicago, IL 60601 | | | | | |
| | Flying Carpet 5030 W. 79th Street Burbank, IL 60459 | | | | | |
| | Flying Carpet Sales & Service LLC. 5030 W. 79th Street Burbank, IL 60459 | | | | | |
| | GP Stone and Cabiet Inc. 1826 S Clinton Street Chicago, IL 60616 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gabriel Environmental Services 1421 N Elston Chicago, IL 60601 | | | | | |
| | Glass Dimensions 1942 N. 15th Ave Melrose Park, IL 60160 | | | | | |
| | Hanover Insurance Group 440 Lincoln Avenue Worcester, MA 01653 | | | | | |
| | Historic AP 1944 N. Cornell Melrose Park, IL 60160 | | | | | |
| | Inland Bank 5456 S. LaGrange Rd. Countryside, IL | | | | | |
| | Inland Bank 5456 S. LaGrange Rd. Countryside, IL | | | | | |
| | Inland Bank 5456 S. LaGrange Rd. Countryside, IL | | | | | |
| | Inland Bank 5456 S. LaGrange Rd. Countryside, IL | | | | | |
| | Inland Mortgage Servicing Corp. 2901 Butterfield Rd. Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Integra Bank PO Box 3287 Evansville, IN 47732 | | | | | |
| | Integra Bank PO Box 3287 Evansville, IN 47732 | | | | | |
| | Integra Bank PO Box 3287 Evansville, IN 47732 | | | | | |
| | Integra Bank PO Box 3287 Evansville, IN 47732 | | | | | |
| | Intergalaxy Marble & Granite, Inc. 1902 S. 55th Court Cicero, IL 60804 | | | | | |
| | J. Jack Construction Corp. 7314 W. Clarence Chicago, IL 60631 | | | | | |
| | JW IGRA LLC 853 N. Elston Chicago, IL 60642 | | | | | |
| | Jason Patrinos 2513 W Gunnison St, Apt 1 Chicago, IL | | | | | |
| | Jason Stratton 1915 W Diversey Pkwy, Apt 401 Chicago, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Hantz/ Hantz Group 26200 American Drive, 5th Floor Southfield | | | | | |
| | Judy Randazzo 1834 N. 74th Avenue Elmwood Park, IL 60707 | | | | | |
| | Kitchen and bath Renovation Inc. 1737 N. 75th Avenue Elmwood Park, IL 60707 | | | | | |
| | Kone Inc 7225 Naperville Rd #400 Lisle, IL | | | | | |
| | Law Offices Of Aaron Spivack 566 W. Lake St., Suite 101 Chicago, IL 60661 | | | | | |
| | Law Offices of Aaron Spivack 566 W. Lake St., ste 100 Chicago, IL 60661 | | | | | |
| | Lee Wiesz 33 N. Dearborn, St., ste 500 Chicago, IL 60602 | | | | | |
| | Magic Touch Inc. 1945 N. Cornell Melrose Park, IL 60160 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malloy Masonry 4317 N. Bell Avenue Chicago, IL 60618 | | | | | |
| | Matthew Rooney 601 Forest Ave Glen Ellyn, IL 60137 | | | | | |
| | McGreal & Company 5740 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Melrose Park Sprinkler Association PO Box 1081 Melrose Park, IL 60160 | | | | | |
| | Mike Stanojevic 9681 Elm Ter Des Plaines, IL 60016 | | | | | |
| | Mike Stanojevic 9681 Elm Ter Des Plaines, IL 60016 | | | | | |
| | Mike Stanojevic 9681 Elm Ter Des Plaines, IL 60016 | | | | | |
| | Nicholas Dizzono One Pierce Place, ste 150C Itasca, IL 60143 | | | | | |
| | Nicholas Randazzo 1834 N. 74th Avenue Elmwood Park, IL 60707 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas PO Box 2020 Aurora, IL 60507 | | | | | |
| | Northbrook Bank & Trust 1100 Waukegan Rd. Northbrook, IL 60062 | | | | | |
| | Northbrook Bank & Trust 1100 Waukegan Rd. Northbrook, IL 60062 | | | | | |
| | Northwest Millwork 455 Jarvis Ave Des Plaines, IL 60018 | | | | | |
| | Novak & Parker, Inc 1016 E Northwest Highway Mount Prospect, IL 60056 | | | | | |
| | Old National Bank One Main Street One Evansville, IN 47708 | | | | | |
| | Orchard Bank (HSBC) PO Box 80084 Salinas, CA 93912 | | | | | |
| | Oxford Bank & Trust 1111 W. 22nd Street Suite 800 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parkway Bank 4800 N. Harlem Ave 60670 Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parkway Bank 4800 N. Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Parkway Bank 4800 N/ Harlem Ave Harwood Heights, IL 60706 | | | | | |
| | Perfect Steel Fabrication 16460 Dixie Highway Markham, IL 60428 | | | | | |
| | Play Soccer Chicago LLC 1945 Cornell Ave Melrose Park, IL 60160 | | | | | |
| | Play Soccer Chicago LLC 1945 N. Cornell Melrose Park, IL 60160 | | | | | |
| | Pro-Line Door Systems 716 N. Edgewood Ave. Wood Dale, IL 60191 | | | | | |
| | Roger Torres (Fogelson) | | | | | |
| | Rojas Concrete 6135 S. State St. Chicago, IL 60637 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Servicing P.O. Box 9532 Wilkes Barre, PA 18773-9532 | | | | | |
| | Saul Ornelas 24745 Manor, Dr. Joliet, IL 60431 | | | | | |
| | Schmidt Salzman & Moran, LTD 111 W. Washington Suite 1300 Chicago, IL 60602 | | | | | |
| | Sophia & Frank Klopas 1746 Wilmot Ave Chicago, IL 60647 | | | | | |
| | Special Assets 5550 W. Jackson Suite 500 Chicago, IL 60661 | | | | | |
| | Spirit Plumbing 7820 Nordica Niles, IL 60714 | | | | | |
| | St. Joseph Hospital 2900 N. Lake Shore Drive Chicago, IL 60657 | | | | | |
| | Super Truss & Panel 875 Aurora Avenue Aurora, IL 60505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sus Iron 6423 N. Ravenswood Ave Chicago, IL 60626 | | | | | |
| | T-Mobile USA P. O. Box 37380 Albuquerque, NM 87176 | | | | | |
| | Tag Plumbing PO Box 124 New Lenox, IL | | | | | |
| | Tag Plumbing PO Box 124 New Lenox, IL | | | | | |
| | Terrzzo Marble & Stone 120 West Lake Chicago, IL | | | | | |
| | Tesla Company 7054 N. Moselle Ave Chicago, IL 60646 | | | | | |
| | The Stapleton Group 15420 S. 70th Court Orland Park, IL 60462 | | | | | |
| | Tiran Family Gift Trust 4401 W Chase Lincolnwood, IL 60712 | | | | | |
| | Tom Lichter 4320 N Elston Chicago, IL 60641 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trajanka Jakovljevic 9106 National Morton Grove, IL 60053 | | | | | |
| | Us Bank/ (Park National Bank) Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Val-Max Construction, LLC. 5548 S. Massasoit Ave Chicago, IL 60638 | | | | | |
| | Victoria Granite Works, Inc. 5045 W. Ogden Cicero, IL 60804 | | | | | |
| | Village of Melrose Park PO Box 1506 Melrose Park, IL 60160 | | | | | |
| | Vlastimir Denic 2410 West Course Drive Riverwoods | | | | | |
| | Wabash Homes LLC 1945 N. Cornell Melrose Park, IL 60160 | | | | | |
| | Western & Polk Condominum Ass. 750 Lake Cook Rd., Suite 350 Buffalo Grove, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wheaton Bank & Trust/Wheatland 211 S. Wheaton Ave Wheaton, IL | | | | | |
| | Wheaton Bank & Trust/Wheatland 211 S. Wheaton Ave Wheaton, IL | | | | | |
| | Whelan's Inc. 111 South Cook St Unit 337 Barrington, IL 60010 | | | | | |
| | Windy City Building Materials 11110 Dover Ct. Orland Park, IL 60467 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000012 | ANDREW STUMP | | | | | |
| 000004 | ASSET ACCEPTANCE LLC ASSIGNEE CITIB | | | | | |
| 000010B | BRIDGEVIEW BANK GROUP | | | | | |
| 000008 | FIDELITY NATIONAL TITLE INSURANCE C | | | | | |
| 000017 | INTERGALAXY MARBLE & GRANITE INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | INTERGALAXY MARBLE & GRANITE, INC. | | | | | |
| 000011 | MATTHEW ROONEY | | | | | |
| 000015 | NORTHBROOK BANK & TRUST CO., SUCCES | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000007 | SOPHIA & FRANK KLOPAS | | | | | |
| 000003 | U S SMALL BUSINESS ADMINISTRATION | | | | | |
| 000006 | WHEATON BANK & TRUST CO. | | | | | |
| 000014 | WHEATON BANK & TRUST COMPANY, SUCCE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| Case No: | 12-31185 | JPC | Judge: JACQUELINE P. COX |
| --- | --- | --- | --- |

Case Name: JAKOVLJEVIC, VIKTOR

For Period Ending: 02/11/15

Trustee Name: PHILIP V. MARTINO

Date Filed (f) or Converted (c): 08/06/12 (f)

341(a) Meeting Date: 10/03/12

Claims Bar Date: 01/04/13

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 851,555.38 | 4,000.00 | | 4,000.00 | FA |
| 2. Cash on Hand | 25.00 | 0.00 | | 0.00 | FA |
| 3. PNC Bank Checking Account | 80.00 | 0.00 | | 0.00 | FA |
| 4. Pan American Bank Checking Account (H) | 1,125.95 | 0.00 | | 0.00 | FA |
| 5. Pan American Bank checking account (J) | 480.25 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Books | 100.00 | 0.00 | | 0.00 | FA |
| 8. Normal Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 10. GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 11. Soccer Shoes | 5.00 | 0.00 | | 0.00 | FA |
| 12. Northwestern Mutual $1,500,000 term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 13. Massachusetts $1,500,000 term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14. Phoenix Life Insurance $2,000,000 | 0.00 | 0.00 | | 0.00 | FA |
| 15. 3  Separate IRA's at Oppenheimer | 19,593.75 | 0.00 | | 0.00 | FA |
| 16. Stock Interests | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2007 Chevy Van | 13,000.00 | 0.00 | | 0.00 | FA |
| 18. 2003 Land Rover | 6,000.00 | 3,600.00 | | 3,600.00 | FA |
| 19. Ipad, Laptop | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $895,315.33    $7,600.00    $7,600.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-31185    JPC    Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | JAKOVLJEVIC, VIKTOR | Date Filed (f) or Converted (c): | 08/06/12 (f) |
| | | 341(a) Meeting Date: | 10/03/12 |
| | | Claims Bar Date: | 01/04/13 |

Initial Projected Date of Final Report (TFR): 12/31/14          Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-31185 -JPC | | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | JAKOVLJEVIC, VIKTOR | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******9838 Checking Account |
| Taxpayer ID No: | *******8280 | | | | |
| For Period Ending: | 02/11/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | | 9999-000 | 7,480.00 | | 7,480.00 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 10.00 | 7,470.00 |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | | 2300-000 | | 7.32 | 7,462.68 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 11.11 | 7,451.57 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 10.72 | 7,440.85 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 11.06 | 7,429.79 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 10.69 | 7,419.10 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 11.03 | 7,408.07 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 11.01 | 7,397.06 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 10.64 | 7,386.42 |
| 01/23/15 | 005002 | Philip V. Martino, Trustee Viktor Jakoljevic Chapter 7 Bankruptcy | Trustee Compensation | | 2100-000 | | 1,510.00 | 5,876.42 |
| 01/23/15 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee Fees 2,264.52 Expenses 111.90 | | 3110-000 3120-000 | | 2,376.42 | 3,500.00 |
| 01/23/15 | 005004 | Bridgeview Bank Group Attn: Kevin Ameriks 4753 N. Broadway Chicago IL 60640 | Claim 000010A, Payment 100.00000% | | 4110-000 | | 3,500.00 | 0.00 |

| | Page Subtotals | 7,480.00 | 7,480.00 |
|---|---|---|---|

Ver: 18.04

FORM 2                                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-31185 -JPC |
| Case Name: | JAKOVLJEVIC, VIKTOR |
| | |
| Taxpayer ID No: | *******8280 |
| For Period Ending: | 02/11/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9838  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,480.00 | 7,480.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,480.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,480.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,480.00 | |

|  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 27)*

FORM 2 Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-31185 -JPC
Case Name: JAKOVLJEVIC, VIKTOR

Taxpayer ID No: *******8280
For Period Ending: 02/11/15

Trustee Name: PHILIP V. MARTINO
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: *******8647 Congressional Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/12 | 1 | AVED Group, LLC | AVED Group Receivable | 1121-000 | 4,000.00 | | 4,000.00 |
| 01/31/13 | 18 | JV3 Enterprises LLC | Partial payment for car | 1129-000 | 1,600.00 | | 5,600.00 |
| 01/31/13 | 18 | Holly Jakovljevic | Balance of purchase of vehicle | 1129-000 | 2,000.00 | | 7,600.00 |
| 03/08/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,590.00 |
| 04/22/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,580.00 |
| 05/09/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,570.00 |
| 06/04/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,560.00 |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,550.00 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,540.00 |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,530.00 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,520.00 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,510.00 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,500.00 |
| 01/08/14 | 1 | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 7,490.00 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 7,480.00 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 7,480.00 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 7,600.00 | 7,600.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,480.00 |
| Subtotal | 7,600.00 | 120.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 7,600.00 | 120.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9838 | 0.00 | 7,480.00 | 0.00 |
| Congressional Checking Account - *******8647 | 7,600.00 | 120.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,600.00 | 7,600.00 | 0.00 |

Page Subtotals  7,600.00  7,600.00

Ver: 18.04

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31185 -JPC | |
| Case Name: | JAKOVLJEVIC, VIKTOR | |
| | | |
| Taxpayer ID No: | *******8280 | |
| For Period Ending: | 02/11/15 | |

| | | |
|---|---|---|
| Trustee Name: | PHILIP V. MARTINO | |
| Bank Name: | CONGRESSIONAL BANK | |
| Account Number / CD #: | *******8647 Congressional Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals | | | 0.00 | 0.00 | |

Ver: 18.04